# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| JACK HILL, SR. AND CHERYL HILL, INDIVIDUALLY, AND AS CO-ADMINISTRATORS OF THE ESTATE OF JACK HILL, JR., DECEASED | : : : : : | No. 308 WAL 2016<br><br>Petition for Allowance of Appeal from the Order of the Superior Court |
| v. | : : : : | |
| SLIPPERY ROCK UNIVERSITY; SLIPPERY ROCK UNIVERSITY MCLACHLAN STUDENT HEALTH CENTER; LAURA A. BATEMAN, CRNP; THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION "N.C.A.A." | : : : : : : : : | |
| PETITION OF: THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION "N.C.A.A." | : : : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of January, 2017, the Petition for Allowance of Appeal is **DENIED**.